**Order entered October 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00218-CR

**ADAM GABRIEL QUIROS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1521740-S**

## ORDER

Before the Court is appellant's October 16, 2017 second motion to extend time to file a brief. We **GRANT** the motion. Appellant's brief shall be filed by November 15, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/     LANA MYERS
         JUSTICE